**Order filed February 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00027-CR
NO. 14-18-00028-CR
NO. 14-18-00029-CR

_____

## EX PARTE MARK DOUGLAS ROBISON

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause Nos. 1324897-B, 1324898-B, 1324899-B**

## ORDER

Appellant's applications for writ of habeas corpus were denied on December 12, 2016. Appellant filed notices of appeal on May 11, 2017. Those appeals were docketed as 14-17-00475-CR, 14-17-00476-CR, and 14-17-00477-CR. This court dismissed those appeals on June 22, 2017 as appeal was not timely perfected.

Subsequently, appellant requested habeas corpus relief so that his notice of appeal would be considered timely. The trial court granted his applications and appellant filed timely notices of appeal. Those appeals were docketed at 14-18-

00027-CR, 14-18-00028-CR, and 14-18-00029-CR.

The Harris County District Clerk filed the clerk's records in these appeals on January 12, 2018. The clerk's records contain information sheets referring to the clerk's records filed in the earlier appeals for designated material. A court of appeals has the power to take judicial notice of its own files in the same or related proceedings. *See Ex parte Flores*, 537 S.W.2d 458, 460 & n.3 (Tex. Crim. App. 1976) (reviewing record from original appeal in habeas proceeding); *Turner v. State*, 733 S.W.2d 218, 223 (Tex. Crim. App. 1987).

Accordingly, we **ORDER** the clerk of this court to transfer the clerk's record in (1) 14-17-00475-CR to 14-18-00027-CR; (1) 14-17-00476-CR to 14-18-00028-CR; and (3) 14-17-00477-CR to 14-18-00029-CR.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.